**COURTROOM MINUTES OF CRIMINAL PROCEEDINGS**
**NORFOLK DIVISION**

| | |
|---|---|
| **Supervised Release Violation Hearing** | Date: June 27, 2024 |
| Time Set: 11:00 a.m. | Presiding Judge: Elizabeth W. Hanes |
| Started: 11:10 a.m. | Court Reporter: Jill Trail, OCR |
| Ended: 11:35 a.m. | U.S. Attorney: Kevin Comstock, AUSA |
| | Defense Counsel: Rodolfo Cejas, II, AFPD |
| Cr. No. 2:14cr139 | Courtroom Deputy: D. Brandt |
| | Probation Officer: Brooke Barber |

Defendant: Christian Adam Lane     __X__ **IN CUSTODY**     _____ **ON BOND**

_X_ Matter came on for alleged violation of supervised release.

_X_ Defendant sworn.

_X_ Court fully advised defendant re proceedings and his/her rights. Defendant acknowledged he/she understood.

_X_ Court finds deft. guilty of violating terms of supervised release and revokes same.

_X_ Statement of deft heard.

____ Court finds deft. guilty of violating terms of supervised release and continued deft on supervised release (   ) with additional conditions as noted below

____ Court finds deft. has not violated the terms of supervised release.

_X_ Deft. committed to custody of BOP for a term of eighteen (18) month(s)

____ Court continues this matter XX days for disposition.

____ Upon release from confinement, the deft. will not serve any further term of supervised release.

_X_ Upon release from confinement, the deft will be on supervised release for a period of Thirty-six months. The same conditions and special conditions previously Imposed shall apply.

____ Set for disposition _____.

_X_ Defendant remanded to custody of Marshal.

_X_ Defendant notified of right of appeal.


EXHIBITS

Defendant Exhibit 1 – Five Certifications