UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CHRISTIAN ADAM LANE, <br><br> Defendant. | Criminal No. 2:14cr139 |

### ORDER

This matter is before the Court for a hearing on the Petition on Supervised Release (ECF No. 105) and Addendum to the Petition on Supervised Release (ECF No. 120) alleging violations of the conditions of supervised release. On June 27, 2024, Mr. Lane appeared before the Court, entered a plea of guilty, and was found guilty of violating the terms and conditions of supervised release. The Court hereby **REVOKES** Defendant's supervised release.

After considering the factors set forth in 18 U.S.C. § 3553(a), the Court **SENTENCES** the Defendant to the custody of the Bureau of Prisons for a period of eighteen (18) months. Upon release from imprisonment, a thirty-six (36) month term of supervised release is imposed with the same conditions as previously imposed.

The Court makes the following recommendations to the Bureau of Prisons:

1. The defendant receive a mental health evaluation and treatment.

2. The defendant be released to a residential re-entry program.

**IT IS SO ORDERED.**

/s/
_____
Elizabeth W. Hanes
United States District Judge

June 28, 2024
Norfolk, Virginia